UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

DENIM TEARS, LLC,

                          Plaintiff,

    -against-

SHENZHEN XIAOTANGREN TECHNOLOGY CO., LTD. D/B/A/ SUGARGOO.COM, SUGARGOO TECHNOLOGY LIMITED, SUGARGOO LLC, SUGARGOO CO., LIMITED, SHENZHEN SUGARGOO TECHNOLOGY CO., LTD., HANGZHOU YANHENG TECHNOLOGY CO., LTD., HANGZHOU STILL CULTURE MEDIA CO., LTD., HAINAN XIAOTANGREN TECHNOLOGY CO., LTD., WUHAN XIAOTANGREN TECHNOLOGY CO., LTD. AND SHENZHEN LINGNUO INTERACTIVE MARKETING CO., LTD.,

                          Defendants.

------------------------------------------------------------ X

**UNSEALING ORDER**

CIVIL ACTION NO.
24-cv-5675 (AKH)

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 11th day of September, 2024, at 1:05 p.m.

_____
HON. ALVIN K. HELLERSTEIN
United States District Judge

1