JUDGE HELLERSTEIN

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Denim Tears, LLC*

24 CV 05675

DOC # 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENIM TEARS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>SHENZHEN XIAOTANGREN TECHNOLOGY CO., LTD. d/b/a SUGARGOO.COM, SUGARGOO TECHNOLOGY LIMITED, SUGARGOO LLC, SUGARGOO CO., LIMITED, SHENZHEN SUGARGOO TECHNOLOGY CO., LTD., HANGZHOU YANHENG TECHNOLOGY CO., LTD., HANGZHOU STILL CULTURE MEDIA CO., LTD., HAINAN XIAOTANGREN TECHNOLOGY CO., LTD., WUHAN XIAOTANGREN TECHNOLOGY CO., LTD. and SHENZHEN LINGNUO INTERCTIVE MARKETING CO., LTD.,<br><br>*Defendants* | **MISCELLANEOUS ACTION NO. 24-mc-326**<br><br>[PROPOSED]<br>**ORDER TEMPORARILY SEALING FILE**<br><br>**FILED UNDER SEAL** |

On this day, the Court considered Plaintiff's Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Defendant's Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Kevin Herring and Gabriela N. Nastasi and exhibits attached thereto under seal until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SO ORDERED.
July 23, 2024

                                                        Hon. Ronnie Abrams
                                                        UNITED STATES DISTRICT JUDGE