UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DENIM TEARS LLC,

                        Plaintiff,

   -against-

SHENZHEN XIAOTANGREN TECHNOLOGY
CO. LTD. ET AL,

                       Defendants.

------------------------------------------------------------ X

**ORDER EXTENDING TRO AND REGULATING PROCEEDINGS**

24 Civ. 5675 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The preliminary injunction hearing begun on January 23, 2025 is continued to February 6, 2025 at 2:30 p.m. The Temporary Restraining Order, issued on July 31, 2024, is extended until February 6, 2025. The Defendant shall produce the documents contemplated by the TRO no later than January 31, 2025. The parties shall submit supplementary briefing as to the issue of whether the Defendant was in fact an infringing party and as to the issue of whether proof of intent on the part of Defendant is required no later than February 3, 2025.

        SO ORDERED.

Dated:    January 23, 2025
             New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge