

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

November 18, 2025

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> Alvin K. Hellerstein, U.S.D.J.
> Date: 11/18/2025

Re: *Denim Tears, LLC v. Shenzhen Xiaotangren Technology Co., Ltd., et al.*
Case No. 24-cv-5675 (AKH)
<u>Letter Requesting to Indefinitely Adjourn the Status Conference</u>

Dear Judge Hellerstein,

We represent Plaintiff Denim Tears, LLC ("Plaintiff") in the above-referenced action (the "Action"). By Order dated November 10, 2025, the Court ordered the parties to appear for a status conference ("Status Conference") on November 21, 2025 at 10:00 a.m. ("Scheduling Order"). (Dkt. 66). For the reasons set forth herein, Plaintiff respectfully requests that the Court indefinitely adjourn the Status Conference. In accordance with Your Honor's Individual Rules, Plaintiff respectfully submits the following:

1. <u>Original Date</u>: The Status Conference is scheduled for November 21, 2025 at 10:00 a.m.
2. <u>The number of previous requests for adjournment</u>: This is Plaintiff's first request to indefinitely adjourn the Status Conference.
3. <u>Whether these previous requests were granted or denied</u>: N/A
4. <u>The reason for the current request</u>: Plaintiff respectfully requests an indefinite adjournment of the Status Conference because the parties have reached a settlement in principle and expect to have the settlement finalized promptly. Accordingly, the parties respectfully submit that in an effort to conserve judicial resources, the Status Conference may be adjourned indefinitely.
5. <u>Whether the adversary consents</u>: Defendants consent to the indefinite adjournment of the Status Conference.
6. <u>Proposed alternative dates</u>: N/A.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Danielle S. Futterman
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, New York 10165
(212) 292-5390
*Attorneys for Plaintiff*